UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LUZ M. GARCIA § § VS. § WAL-MART STORES TEXAS, LLC § § | CIVIL ACTION NO. _____ (Diversity) |

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

**PLEASE TAKE NOTICE** that Defendant, **Wal-Mart Stores Texas, LLC,** hereby removes to this Court the state court action described below.

1. On November 11, 2020, an action was commenced in the County Court at Law No. 7 of Hidalgo County, Texas, entitled, *Luz M. Garcia vs. Wal-Mart Stores Texas, LLC,* in Cause Number CL-20-4162-G. A copy of the suit is *attached hereto as Exhibit A.*

2. The first date upon which Defendant, Wal-Mart Stores Texas, LLC, received a copy of the said complaint was November 19, 2020, when Defendant was served with a copy of the said complaint and a citation from the said State Court. A copy of the citation issued is *attached hereto as Exhibit B.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

A) Plaintiff's Original Petition;
B) Copy of Citation issued to Defendant Wal-Mart Stores Texas, LLC;
C) Docket Sheet – State Court;
D) Defendant's Original Answer, Affirmative Defenses and Special Exceptions to Plaintiff's Original Petition, and Requests for Disclosure;
E) Defendant's Request for Jury Trial;
F) Order Setting Hearing on Defendant's Special Exceptions;
G) Order Granting Defendant's Special Exceptions; and
H) Plaintiff's First Amended Original Petition.

In addition and in accordance with the Local Rule, Defendant includes a copy of the Hidalgo County Clerk's docket sheet of the state court matter a copy of which is *attached hereto as Exhibit C.*

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states. On December 15, 2020, Plaintiff served upon Defendant, Plaintiff's First Amended Original Petition, a copy of which *is attached hereto as **Exhibit A***. In this First Amended Original Petition, Plaintiff plead that she is seeking monetary relief between $200,000 and $750,000. As such, the amount in controversy is in excess of $75,000.00, and removal is appropriate pursuant to 28. U.S. § 1441(b).

4. Defendant is informed and believes that Plaintiff was and still is a citizen of the State of Texas and resides in Hidalgo County.

5. Defendant, Wal-Mart Stores Texas, LLC, was, at the time of the filing of this action, and still is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Arkansas, and has been served summons and complaint in this action.

6. Copies of all pleadings, process, orders and other filings in the state-court suit are attached to this notice as required by 28 U.S.C. §1446(a).

7. Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the suit has been pending is located in this district.

8. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

9. Plaintiff and Defendant demanded a jury in the state court suit.

10. For the foregoing reasons, Defendant asks the Court to remove the suit to The United States District Court, Southern District of Texas, McAllen Division.

**DATED: December 16, 2020**

Respectfully Submitted,

**DAW & RAY, L.L.P.**

/s/ Jaime A. Drabek
**JAIME A. DRABEK**
State Bar No. 06102410
Federal ID No. 8643
**RICARDO G. BENAVIDES**
State Bar No. 24031735
Federal ID No. 32205
**ROBERTO CANTU JR.**
State Bar No. 24039518
Federal ID No. 3579145
**JACOB T. CASSO**
State Bar No. 24116178
Federal ID No. 3509760
3900 N. 10th St, Suite 950
McAllen, Texas 78501
Telephone: (956) 687-3121
Facsimile:  (956) 686-3188
Email: jdrabek@dawray.com
Email: rbenavides@dawray.com
Email: rcantu@dawray.com
Email: jcasso@dawray.com

**ATTORNEYS FOR DEFENDANT,
WAL-MART STORES TEXAS LLC**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by electronic mail on this the **16$^{h}$ day of December, 2020**, to-wit:

Humberto Tijerina III
Cesar Palma
**TIJERINA LEGAL GROUP, P.C.**
1200 S. 2nd Street, Suite 4A
McAllen, TX 78501
Telephone: (956) 777-7000
Facsimile: (956) 972-0144
Email: TijerinaLit@gmail.com

/s/ Jaime A. Drabek
Jaime A. Drabek

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | |
| | § | **AFFIDAVIT** |
| **COUNTY OF HIDALGO** | § | |

    **BEFORE ME**, the undersigned authority, on this day personally appeared Roberto Cantu, Jr. of McAllen, Hidalgo County, Texas, who being by me duly sworn, deposes and says that he is an attorney for Defendant in the present cause filed by Luz M. Garcia; that he has been authorized to make this Affidavit; and that he has read the foregoing Notice of Removal and knows the contents thereof, and that the matters and facts therein contained are true and correct.

    FURTHER AFFIANT SAYETH NOT.

_____
Roberto Cantu, Jr., AFFIANT

**SWORN TO AND SUBSCRIBED** before me on this 16th day of December, 2020.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

ELIZABETH GARZA
Notary Public, State of Texas
Comm. Expires 05-29-2022
Notary ID 1036241-2